MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0298 RS |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| GILBERTO ANDRACA-CARDENAS, ) | |
|     Defendant. ) | |

    The defendant appeared for his first status conference before this Court on June 7, 2011. The parties have an agreement in principle and need additional time to further discuss the terms of the plea. The parties have agreed to exclude the period of time between June 7, 2011 to June 21, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0298 RS

1  Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                                    MELINDA HAAG
                                     United States Attorney
5
6  DATED: June 8, 2011            _____/s/_____
                                     SUSAN PHAN
7                                    Special Assistant U.S. Attorney
8
9  DATED: June 8, 2011            _____/s/_____
                                     STEVEN KALAR
10                                   Attorney for GILBERTO ANDRACA-CARDENAS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0298 RS

[PROPOSED] ORDER

For the reasons stated above at the June 7, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 7, 2011 to June 21, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  6/10/11

RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0298 RS