**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

**JUDGE RICHARD SEEBORG**

**Date:** 7/12/11                                        **Total Time: 2 min.**

**Case No: CR 11-00298-01 RS**

**TITLE: UNITED STATES OF AMERICA** -v- **Gilberto Andraca-Cardenas(Present, I/C)**

**Counsel for Government: Susan Phan**

**Counsel for Defendant: Steve Kalar**

**Interpreter: n/a**                          **U.S. Probation Officer: n/a**

**Deputy Clerk:   Corinne Lew**          **Court Reporter: Kathy Wyatt**

**PROCEEDINGS**

Status Hearing Held.

**SUMMARY**

Defense counsel needs additional time to prepare for filing of a motion.  The matter continued to
**9/6/11 at 2:30 p.m. for Further Status Hearing.**  Time excluded from 7/12/11 through 9/6/11 for
effective preparation and continuity of counsel.  Government to prepare exclusion order.