1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone: (415) 436-7200

7    Facsimile: (415) 436-7234
     E-Mail: Susan.Phan@usdoj.gov

8
   Attorneys for the Plaintiffs

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 11-0298 RS
                                       )
15       Plaintiff,                    )
                                       )
16       v.                            )   **STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME UNDER 18
17  GILBERTO ANDRACA-CARDENAS,         )   U.S.C. § 3161**
                                       )
18       Defendant.                    )
                                       )
19  _____)

20

21       The defendant appeared for a status conference before this Court on September 6, 2011.

22  The defendant requested that this matter be continued to October 4, 2011.  The defendant is

23  waiting for transcripts from Hayward Superior Court.  These transcripts will help determine the

24  validity of the defendant's underlying removal which could affect the current prosecution.  The

25  Government did not object to the continuance.  The parties have agreed to exclude the period of

26  time between September 6, 2011 to October 4, 2011, from any time limits applicable under 18

27  U.S.C. § 3161.  The parties  represented that granting the exclusion would allow the reasonable

28  time necessary for effective preparation and continuity of counsel.  *See* 18 U.S.C. §

   STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
   CR 11-0298 RS

1  3161(h)(7)(B)(iv).  The parties also agree that good cause exists, and that the ends of justice

2  served by granting such an exclusion of time outweigh the best interests of the public and the

3  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings

4  consistent with this agreement.

5  SO STIPULATED:

6

7                              MELINDA HAAG
                            United States Attorney

8

9  DATED: September 22, 2011                      /s/

                            SUSAN PHAN

10                              Special Assistant U.S. Attorney

11

12  DATED: September 22, 2011                      /s/

                            STEVEN KALAR

13                              Attorney for GILBERTO ANDRACA-CARDENAS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0298 RS

1

[~~PROPOSED~~] ORDER

2      For the reasons stated above at the September 6, 2011 status conference, the Court finds

3  that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from

4  September 6, 2011 to October 4, 2011 is warranted and that good cause exists, and  the ends of

5  justice served by the continuance outweigh the best interests of the public and the defendant in a

6  speedy trial.  18 U.S.C. §3161(h)(7)(A).

7

8      IT IS SO ORDERED.

9

10  DATED:_____9/23/11_____               _____
                                           RICHARD SEEBORG
11                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0298 RS