*E-Filed 7/15/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      E-Mail: Susan.Phan@usdoj.gov
8
   Attorneys for the Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 11-0298 RS
                                     )
15         Plaintiff,                )
                                     )
16         v.                        )    **STIPULATION AND ~~[PROPOSED]~~**
                                     )    **ORDER EXCLUDING TIME UNDER 18**
17  GILBERTO ANDRACA-CARDENAS,       )    **U.S.C. § 3161**
                                     )
18         Defendant.                )
                                     )
19  _____ )

20
           The defendant appeared for his third status conference before this Court on July 12, 2011.
21
   The defense requested that this matter be continued to September 6, 2011.  The defendant
22
   anticipates filing a motion attacking the defendant's prior conviction and removal.  In preparation
23
   for this motion, Defense counsel needs time to hire an immigration attorney and retrieve court
24
   documents and arrest reports related to the defendant's conviction in Hayward.  Defense counsel
25
   will also be unavailable during a significant portion of the month of August.  The Government
26
   did not object to the continuance.  The parties have agreed to exclude the period of time between
27
   June 21, 2011 to July 12, 2011, from any time limits applicable under 18 U.S.C. § 3161.
28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0298 RS

1  Defense counsel represented that granting the exclusion would allow the reasonable time

2  necessary for effective preparation and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3  The parties also agree that good cause exists, and that the ends of justice served by granting such

4  an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

5  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this

6  agreement.

7  SO STIPULATED:

8

9  MELINDA HAAG
   United States Attorney

10

11  DATED: July 15, 2011                    _____/s/_____
                                            SUSAN PHAN
12                                          Special Assistant U.S. Attorney

13

14  DATED: July 15, 2011                    _____/s/_____
                                            STEVEN KALAR
15                                          Attorney for GILBERTO ANDRACA-CARDENAS

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0298 RS

[~~PROPOSED~~] ORDER

For the reasons stated above at the July 12, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 12, 2011 to September 6, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED:_____7/15/11_____

_____
RICHARD SEEBORG
United States District Judge