*E-Filed 10/25/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       E-Mail: Susan.Phan@usdoj.gov
8
   Attorneys for the Plaintiffs
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 11-0298 RS
                                     )
15         Plaintiff,                )
                                     )
16         v.                        )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME UNDER 18**
17  GILBERTO ANDRACA-CARDENAS,       )   **U.S.C. § 3161**
                                     )
18         Defendant.                )
                                     )
19  _____)

20
       The defendant appeared for a status conference before this Court on October 4, 2011.
21
   The defendant requested that this matter be continued to October 25, 2011.  The Government did
22
   not object to the continuance.  The parties have agreed to exclude the period of time between
23
   October 4, 2011 to October 25, from any time limits applicable under 18 U.S.C. § 3161.  The
24
   parties represented that granting the exclusion would allow the reasonable time necessary for
25
   effective preparation and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties
26
   also agree that good cause exists, and that the ends of justice served by granting such an
27
   exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0298 RS

1  U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                              MELINDA HAAG
                               United States Attorney
5
6  DATED: October 25, 2011     _____/s/_____
                               SUSAN PHAN
7                              Special Assistant U.S. Attorney
8
9  DATED: October 25, 2011     _____/s/_____
                               STEVEN KALAR
10                             Attorney for GILBERTO ANDRACA-CARDENAS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0298 RS

[~~PROPOSED~~] ORDER

For the reasons stated above at the October 4, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 4, 2011 to October 25, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 10/25/11

_____
RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0298 RS